# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Jayevon Blaine, Civil Action No. ____

Plaintiff,

-V-

Complaint

J. Burnes (Aprn) mental Health provider
Scott Semple (commissioner) of Doc
Rollin Cook (Neo commissioner) of Doc
Angela Roberts (PMHNP) mental Health provider
Correctional managed Health care (CMHC) - University of connecticut (uconn)
Eric Doe (nurse)
Kevin P. Power (LCSW)
John Doe

(Jury trial)

Defendants,

## I. Jurisdiction & Venue

1. This is a civil action authorized by 42 U.S.C. section 1983 to redress the deprivation, under color of state law, of rights secured by the constitution of the united states. The court has Jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3). Plaintiff Blaine seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff Blaine's claims for InJunctive relief are authorized by 28 U.S.C Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2. The District of connecticut is an appropriate Venue under 28 U.S.C. section 1367 because it is where

the events giving rise to this claims occurred.

II. Plaintiffs

3. plaintiff Jayevon Blaine, is and was at all times mentioned herein a prisoner of the State of Connecticut in the Custody of the connecticut Department of corrections. He is currently confined in Cheshire correctional Institution, in Cheshire, Connecticut.

III. Defendants

5. Defendant J. Burnes (Aprn) is a medical-mental health provider that was assigned at the Garner correctional Institution at 50 Nunnawauk rd. Newtown, CT 06470. She is being sued in her individual end officieial capacity. On Information and belief, defendant Burnes was responsible for providing mental healthcare to person's housed at Garner C.I.

6. Defendant Scott Semple (commissioner) is the head of the Department of correction at 24 Wolcott hill Rd, Wethersfield, CT 06109. He was in charge of the contract between (DOC) and uconn. ~~that [illegible]~~ Commissioner has retired due to the new governor coming into office. He is being sued in his individual and officicial capacity. On Information and belief, defendant Semple was responsible for the over See of uconn medical care for the Department of corrections.

7. Defendant Rollin cook (now commissioner) of the

Department of correction and is in charge of the contract between DOC and Uconn. Head of Department of correction at 24 Wolcott Hill Rd, Wethersfield, CT 06109. He is being sued in his Individual and official capacity. On Information and belief, defendant Cook was responsible for the mental health and medical contract between Uconn and DOC.

8. Defendant Angela Roberts (PMHNP) is a medical-mental Health provider at McDougall/walker correctional Institution at the McDougall Building 1153 East Street South, Suffield, CT 06080. She is being sued in her individual and official capacity on information and belief, defendant Roberts is responsible for providing mental Health care to persons housed at McDougall/walker CI.

9. Defendant correctional managed Healt care (CMHC), which is part of the university of connecticut Health center (Uconn), has a contract with the (DOC) to provide medical and mental Health service to the entire connecticut Inmate population

10. Defendant Eric Doe mental Health nurse at McDougall/walker Correction Institution at the McDougall Building 1153 East street south, Suffield, CT 06080. He is being sued in his Individual and official capacity on Information and belief, defendant Doe is responsible for overseeing persons on mental Health status in the McDougall/walker CI.

11. Defendant Kevin p. power (LCSW) is a Mental Health Record (soap) at osborn correctional Institution at 335 Bilton Rd, P.O. Box 100 Somers, CT 06071. He is being sued in his individual and official capacity. on information and belief, defendent power was responsible for the new intakes in to the Institution for all persons with mental Health care.

12. Defendant John Doe is a Doctor at the uconn health care in farmington, CT and is the person that oversee all medical staff in the DOC for medical-mental Health is responsible for all medical-mental staff and Inmate's.

IIII. Facts

13. In 2015 Plaintiff Blaine was housed at Garen CI when he was proseried the medicantion that had a sideEffect that cause body-harm to him. see Exhibit(A)

14. The drug that the plaintiff was on Was Risperdal the drug was giving for Impulse control disorder, unspecified Depressive disorder, and ADD/ADHD.

15. upon being on the drug Risperdal the plaintiff was also on the medicantion's prozac, Benedyl Tenex which is also a mental health med's see Exhibit(A)

16. The plaintiff started out taking Risperdal at 2mg that later

got increase to 3mg.

17. The planitiff was giving the mental Health medication to by (Aprn) Burnes. And at the time plaintiff was never advise of the sideeffect of the drug.

18. Which do to that one of the most serious of the side of the sideeffect can cause gynecomastia. which is a form of (female breast tissues).

19. Do to the fact that all manufuer and Pharmaceutical provided all mental Health and Medical provider's with the warning lable for the Medication Risperdal.

20. In sometime in 2016 the plaintiff had a sit down with (Aprn) Burnes to talk about his med's.

22. prior to that sit down Blaine told Aprn Burnes that he no longer wanted to be on the drug Risperdal make his body feel werid.

23. As time when on plaintiff started to see a diffent in his body. And throught it was agin of wight do to meds.

24. In 2018 plaintiff notice that there was now a dramatically change to his chest.

25. upon Research by the plaintiff he found out that

that he my have gynecomastia do to a drug that was giving to him by mental Health.

26. So plaintiff wrote to the ~~[illegible]~~ medical sick call unit at McDougall C I about problem. ~~[illegible]~~ on 7-5-18. See Exhibit(B)

27. Upon visit to medical Blaine was told to write to mental Health, because it was not a medical problem do to the fact mental health proserided the med.

28. After visit with medical plaintiff wrote mental Health unit to be seen about medical problem was have. On 7/10/18. See Exhibit(C)

29. There was a follow up with mental health nurse Eric Doe and was told will put me in to see proserider, But to work out, Becuse med's sometime cost wight gain.

30. Nurse Eric Doe told plaintiff that only help me with my Chest problem not him.

31. prior to mental health telling me this I rewrote medical about my Chest and was told by them to take up with mental Health once again. See Exhibit(D).

32. Do to anthere follow up with mental Health nurse Eric Doe he told plaintiff that do to the med Depakote he

can gain wight but will put in for him to see provider.

33. on 7-20-18 plaintiff seen provider Angela Roberts (pmhnp) to talk about problem he is have with chest.

34. As plaintiff opens up to Defendant about his worry's he was to Defendant will look in to it. see Exhibit (E)

35. Later that sameday plaintiff wrote to medical (F.O.I.) unit about problem he was having with the medical and mental Health unit in McDougall C.I. See Exhibit (F)

36. Defendant Angela Roberts calls plaintiff back to the mental Health unit to look at his chest and told him she feel he has gynecomastia (female Breast tissue) but is not sure.

37. On 8-21-18 plaintiff wrote Defendant Eric Doe about the Woodwork that defendant Angela Roberts order on the plaintiff lactic level and never got a response. See Exhibit (G)

38. One day later Plaintiff Blaine wrote to the Health Services Administrator Destefano about the problems Blaine was having at McDougall C.I with the medical and mental Health units. see Exhibit (H).

39. upon writting Defendant DeStefano the plaintiff never got a response back.

40. Plaintiff had a follow up on 8-28-18 with Defendant Angela Roberts and was ask how he was feeling.

41. Plaintiff goes on to tell the Defendant the same thing about his chest and that he take shower's with a T-shirt on do to the other Inmate looking at him diffenert. see Exhibit(I)

44. 3week's later plaintiff was moved to osborn C.I when he was evaluated by Defendent Kevin p.power(LCSW) upon being evaluated by defendent. Plaintiff told him about the problem with having gynecomastica. See Exhibit(J).

45. Plaintiff was told by defendant that he will look in to my problem and or will tell the provider. But never heard back from defendant or provider about it.

46. I late June plaintiff had a habes-corps hearing on issue for Gynecomastia and the head Doctor of uconn stated that at all time they know I had Gynecomasti.

47. At no time did defendent DR. John Doe try to fix medical issue in a timely manner.

48) later in the week plaintiff was sent to medical uint and was checked for Gynecomastia.

49) ~~Upon~~ opon seeing Dr. Ruiz for Gynecomasta plainlift was told that he has glanduler tissue making this gyecomastia. See (Exhibit's K)

50) Do to the fact that the plaintiff was on Fluoxetine and risperdal is serious medical deliberate and indifference.

51) Do to the matter that taking Risperdal and Fluoxetine it is a proving foct that you sould not mix's tu to do to it can cost the increase in plasma when on the two drugs.

52) At all times plaintiff Blaine try to get the help he needed from medical and mental Health care provider's and remain to get the run around. See Exhibits. B, C, D, E, F, G, H, I, J.

53) By the Plaintiff going through all the up's and down's to get a medical problem fix cost him to suffer Physical and mental injury and emotional distress See Exhibit (I).

54) Do to mental Health lack of care for plaintiff cause

him to have to shower with T-shirt on do to mental Abuse and bullying by other Inmate's do to (female Breast).

55) plaintiff stated's he is now a male with female parts.

IV. Exhaustion of legal remedies

56) plaintiff Blaine used the prisoner grievance procedure available at connecticut state Institution to try and solve the problem. On Dec 12, 18 plaintiff Blaine presented the facts ~~to~~ relating to this compaint. see Exhibit(L)

57) on Dec 13, 18 I was sent a Administrative Remedy Receipt with no Receipt number. see Exhibit(M)

58.) on Dec 27-18 plaintiff wrote for a Remedy receipt and was told don't have one for grievence. see Exhibit(N).

59.) on Jan 1, 19 plaintiff wrote about not hereing back on grievence. see Exhibit(O)

60.) on Jan 21, 19 plaintiff file ~~and~~ appealed and was denial on 2-12-19 see Exhibit(P)

V. Legal claims

61.) plaintiff reallege and incorporate by reference Paragraphs 1-61.

62.) The fauilure of defendants Burnes, semple, cook, Roberts, cmhc, uconn, EricDoe, Power, TO provide adequat care for Serious medical constitutes deliberat indifference to plaintiff medical needs in Violating of the Eighth Amendment to the united states constitution.

63.) The failure in John Doe, cook, Roberts to discipline or take other action to curb the Known pattern of Inadequate car for serious medical needs of Inmate by. Burnes, Roberts, Eric Doe, Power, John Doe, Cook, semple. constitutes adequate care for serious medical needs, & contributed to & proximately caused the above described Violation of Eight Amendment right.

## VI. Prayer for Relief

Wherefore, plaintiff respectfully pray that this court enter Judgment:

A.) Issue a declaratory Judgemant statinathat:

1.) Defendants Roberts, John Doe, power, EricDoe, failure to take action to ensure adequate medical care was provide for the plaintiff violated & continues to violate the plaintiff rights under the

Eighth Amendment to the United States Constitution.

b.) Issue an injuction ordering defendents John Doe, Eric Doe, Roberts or their agents to.

1.) Immedrate arraunge for the plaintiff to be brought to uconn Health care to be evalaate, & any recomned treatment be followed.

2.) plaintiff be given the right surgicy to have is chest back as was.

3.) An Investigation into the continally lack of adquate care by medical to prisoners at connecticut Institution.

4.) carry out without delay any & all recommendation that the Investigation turns up.

C.) Award compensatory damages in the following amount:

1.) $5,000,000,00 Jointly & severally against defendants, Burnes, semple, cook, John Doe, Eric Doe, Roberts power for the physical & emotional injury resulting from ~~[illegible]~~ their failure to provide adequate care

for Serious medical needs.

D) Award puntive damages in the following amout:

1. 1,5,000,000,00 each againt Burnes, Roberts Eric Doe, John Doe.

E) Grant Such other relief as it may appear that plaintiff is entitled to

July 18, 20

[signature]

Jayevon Blaine #354564
Cheshire, CI
900 Highland Ave
Cheshire, CT 06410

# Certification

I, Jayevon Blaine have read the ~~[illegible]~~ foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is ture and correct.

Executed at Cheshire, CT on July 18, 2020

[signature]
Jayevon Blaine

# EXHIBIT A

HR 925 02/2011
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSTIY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

G

# PHYSICIAN'S ORDERS

| | |
|---|---|
| INMATE NUMBER: 3 5 4 5 6 4 | DATE OF BIRTH: 9/11/87 |
| INMATE NAME (LAST, FIRST, INITIALS): Blaire, Jayevon | |
| SEX: (M) F — RACE/ETHNIC: (B) W H O | FACILITY: GCI-1K |

DRUG ALLERGIES/HYPERSENSITIVITIES: Trazodone

| Date & Time | ORDERS<br>Prescriber Signature & Title/Nurse Signature & Title<br>*For Medication Orders: Document Medication Dose, Frequency & Route, & Duration.<br>*For topical preparations, provide quantity prescribed (Example: 450 grams, 60 cc, etc.) & type of preparation (lotion, cream, ointment, etc.).<br>*Document indication(s) for PRN medications(s) | Priority Code: (Circle one) Contingency or Routine | Admin. Code: (Circle one) KOP or DOT | Medication Order(s) Scanned to Pharmacy: Date/Time/Initials |
|---|---|---|---|---|
| 6/16/15 | 1) Risperdone: 2 mg po tabs HS | (C) R | K (D) | |
| (11 Am) | (x90days) | C R | K D | |
| | 2) Terex: 1 mg po tabs HS | (C) R | K (D) | |
| | (x 90days) | C R | K D | FAXED |
| | Gebino-Rosen md | C R | K D | scanned 6/16/15 |
| 6/16/15 | 340p above verified — OT | C R | K D | |
| 7/15/15 | 1) Prozac: 40mg po tabs Am | C R | K D | Faxed E. Ford Lawrence |
| (3p) | (x90days) | (C) R | (K D) | |
| | 2) Terex: 1mg po tabs HS (x90days) | (C) R | K (D) | |
| | 3) Risperdone: 2 mg po tabs HS | (C) R | K (D) | |
| | (x90days) | C R | K D | |
| | 4) Benadryl: 75 mg po tabs HS | (C) R | K (D) | |
| | (x90days) | C R | K D | |
| | FAXED 7/15 Gebino-Rosen md | C R | K D | |
| | | C R | K D | |
| 7/15/15 | 350pm order noted [illegible] | C R | K D | |
| 7/15/15 | 610pm verified [illegible] | C R | K D | |
| 7/31/15 | 1) D/C Terex | C R | K D | scanned [illegible] |
| (11 30 Am) | 2) Terex: 2 mg po tabs HS (x90da) | (C) R | K (D) | |
| | 3) BP (sitting/standing) daily x 3days (CA) 1&8 #2 15pt dap | (C) R | K D | Gebino-Rosen md |

5:55 p. Order verified [illegible]

MEDICATIONS WILL BE DISPENSED ACCORDING TO BRANDS STOCKED IN THE PHARMACY.
AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT UNDER THE CMHC FORMULARY SYSTEM.

# EXHIBIT B

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Jayevon Blaine | Inmate number: 354564

Facility/Unit: MacDougall CI | Housing unit: D-18 | Date: 7/5/18

Submitted to: Medical Sick call

Request: Yes I was on the med's Risperidone there was a side affect and it has mess up my Chest and I'm seeking out Medical Remedy? the affect is (Breast female)

thank you!

continue on back if necessary

Previous action taken:

continue on back if necessary

Acted on by (print name): G Hile | Title: RN

Action taken and/or response:

7/24/18 Placed to see provider

RECEIVED
JUL 07 2018
BY:

continue on back if necessary

Staff signature: G Hile RN | Date: 7/24/18

19

# EXHIBIT C

# Inmate Request Form

**Connecticut Department of Correction**

CN 9601
REV 1/31/09

| | |
|---|---|
| Inmate name: Jayevon Jaine | Inmate number: 354564 |
| Facility/Unit: MACDougal | Housing unit: P-18 | Date: 7/10/18 |
| Submitted to: Mental Health. | |

Request: Yes I'm writting about the med's Risperidone you had me on the side-Eaffet gave me (female Breast) and I no longer take this drug. I wrote medical about it and they told me to go through Mental Health. I did not come to Jail like this and it's making me depress because when I wash up I have to hide my upper body so I don't get pick on! I need something done or

**continue on back if necessary**

Previous action taken:

I will take better steps to hendle this medical problem. If I have to thank you!

**continue on back if necessary**

| Acted on by (print name): | Title: |
|---|---|

Action taken and/or response:

I have you scheduled to follow-up with prescriber. please attend when called

**continue on back if necessary**

| Staff signature: Eric MH Nurse | Date: 7/17/18 |
|---|---|

# EXHIBIT D

# Inmate Request Form

**Connecticut Department of Correction**

CN 9601
REV 1/31/09

Inmate name: Jeyevan Blaire

Inmate number: 354564

Facility/Unit: MacDougall CI

Housing unit: P-18

Date: 7/19/18

Submitted to: Medical

Request: yes medical I was giving the drug Risperidone by Mental Health and it gave me Female Breast and they told me to take it up with medical. I have been getting the run around and need Answer to this can this cost me body ~~[illegible]~~ harm and are they getting bigger.

Thank you!

continue on back if necessary

Previous action taken:

continue on back if necessary

Acted on by (print name): [illegible]

Title: RN

Action taken and/or response:

7/24/18. Placed to see provider

continue on back if necessary

Staff signature: [illegible] RN

Date: 7/24/18

63

# EXHIBIT E

**JAYEVON BLAINE INMATE ID #: 00354564 27 Years Old**
**DOB: 09/11/1991 Race: Black or African American Gender: Male**
**LOC: 115 H 15A Med Score: 3 Sub Score: ..... MH Score: 3 Sub Score:**

**07/20/2018 - MH Clinical Record SOAP: MH Clinical Record (SOAP)**
**Provider: Angela Roberts PMHNP**
**Location of Care: MacDougall Building**

## Encounter Context

**Facility at time of evaluation:** MacDougall Building
**Age at Time:** 26 Years Old

**Face to Face Contact?:** Yes
**Interview Location:** Room
**Active Medications: :** FLUOXETINE HCL 20 MG ORAL CAPSULE 2 caps qam, DIVALPROEX SODIUM 500 MG ORAL TABLET DELAYED RELEASE 3 tabs qhs, GUANFACINE HCL 2 MG ORAL TABLET 1 tab qhs, GUANFACINE HCL 1 MG ORAL TABLET 1 tab qhs, BIOTENE DRY MOUTH null M/T LIQD RINSE MOUTH WITH 15 MILLILITER(S) THREE TIMES A DAY.
**Active Allergies:** * TRAZADONE.
**Subjective: :** "My mood is ok but, my breast are still enlarged and it's bothering me alot."

**Objective Findings:** I/M endorsed stable mood, good appetite, and restful sleep- denies SI/HI/AH/VH or issues with peers. I/M shared that he stopped taking risperdal 2 years ago and continues to have enlarged breast- "it's bothering me, I take a shower with my shirt on. Recently got a job as a tierman and states that he exercises daily.

**Suicidal Ideation:** Absent

**Homicidal Ideation:** Absent
**Active Problems: :** Impulse control disorder, unspecified (ICD-312.30) (ICD10-F63.9), DEPRESSIVE DISORDER NOS (ICD-311) (ICD10-F32.9), ADD/ADHD NOS (ICD-314.9) (ICD10-F90.9).
**Assessment Notes:** I/M A&O X4, neatly groomed with good eye contact- reporting stable mood good appetite, and restful sleep- dnies SI/HI/AH/VH or issues with peers. Expressed concerns of enlarged breasts and feels that it is attributed to taking risperdal (stopped taking 2 years ago) and is requesting surgery. I/M denied increase weight gain or appetite- states that he exercises daily- discussed other possible cause of enlarged breast tissue. Will order prolactin level and continue current medication regimen. Reviewed recent Bloodwork VPA=80 and LFT=WNL.
**Recommended MH Classification:** 3
**Medication adherence adressed?:** Yes
Verbal Consent

**Education regarding illness and symptoms provided?:** Yes
1. Continue Depakote 1500 Mg QHS
2. Continue Fluoxetine 40 Mg QAM
3. Continue Guanefacine 2 Mg PO BID
4. Continue Biotene 15 Ml TID
5. RTC: W/in 4 weeks

## Current Medical Problems, Medications & Treatments

**Active Medications: :** FLUOXETINE HCL 20 MG ORAL CAPSULE 2 caps qam, DIVALPROEX SODIUM 500 MG ORAL TABLET DELAYED RELEASE 3 tabs qhs, GUANFACINE HCL 2 MG ORAL TABLET 1 tab qhs, GUANFACINE HCL 1 MG ORAL TABLET 1 tab qhs, BIOTENE DRY MOUTH null M/T LIQD RINSE MOUTH WITH 15 MILLILITER(S) THREE TIMES A DAY.
**Active Problems:** Impulse control disorder, unspecified (ICD-312.30) (ICD10-F63.9), DEPRESSIVE

**JAYEVON BLAINE INMATE ID #: 00354564 27 Years Old**
**DOB: 09/11/1991 Race: Black or African American Gender: Male**
**LOC: 115 H 15A Med Score: 3 Sub Score: ..... MH Score: 3 Sub Score:**

DISORDER NOS (ICD-311) (ICD10-F32.9), ADD/ADHD NOS (ICD-314.9) (ICD10-F90.9).
**Open Orders:** Other [Other], Dental - Operative [DOP], On Site Referral - Optometry [OPTOMETRY], Dental - Preventative [DPREV], Prescriber - Med Renewal (MH) [PMHREN], Individual Therapy Session [MHIND], TB/TST Annual [TSTANNUAL], CREATININE, SERUM [LAB66], Prescriber - Med Renewal (MH) [PMHREN], Mental Health - Other [MHOTHER], PROLACTIN [LAB531], CHEMISTRY 7 [LAB3268], TSH [LAB129].

## Mental Status Examination

### Appearance:
**General Appearance:** Groomed
**Hygiene:** Appropriate
**Eye Contact:** Appropriate

### Orientation:
**Person:** Yes
**Place:** Yes
**Time:** Yes
**Situation:** Yes

### Motor Behavior:
**Motor Behavior:** Normal

### Mood:
Euthymic

### Affect
Appropriate

### Speech:
Normal
**Rate:** Normal
**Rhythm:** Normal
**Volume:** Normal
**Adequate English** Yes
**Hearing Impairment:** No
**Speech Impairment:** Normal
**Vision Impairment:** No

### Thought Content:
Normal

### Thought Processes:
Logical

### Reality Testing
Normal

### Memory:

# EXHIBIT F

**Inmate Request Form**
**Connecticut Department of Correction**

CN 9601
REV 1/31/09

Inmate name: Jayevon Blaire

Inmate number: 351564

Facility/Unit: MacDougall CI

Housing unit: P-18

Date: 7/20/18

Submitted to: Medical FOI Ms. Melendez central office

Request: yes Ms. Melendez I'm writting you because I was on the drug Risperdal in 2015 and have getting (Female Breast) from it and I didn't come to Jail like this. I was told to write You about finding out how to go about this problem. Because medical and mental Health is give me the run around and DOC is the one who gave me the med's

thankyou!

continue on back if necessary

Previous action taken:

continue on back if necessary

Acted on by (print name):

Title:

Action taken and/or response:

7/27/18

33 Copies given to inmate Per FOI Request

[signature]

MRSI

CONNECTICUT
DEPARTMENT OF CORRECTION
JUL 25 REC'D
FREEDOM OF INFORMATION OFFICE

continue on back if necessary

Staff signature:

Date:

# EXHIBIT G

Umnd copy #2

# Inmate Request Form
**Connecticut Department of Correction**

CN 9601
REV 1/31/09

| | |
|---|---|
| Inmate name: Jayevon Blaine | Inmate number: 351594 |
| Facility/Unit: MacDougall CI | Housing unit: P-35 |
| Date: 8/21/18 | |
| Submitted to: Mental Health Nurse Eric | |

Request: yes I'm writting to see what the test of my blood I took for mental Health for the med's Risperidone that gave me (Female Breast)

**continue on back if necessary**

Previous action taken:

**continue on back if necessary**

Acted on by (print name):

Title:

Action taken and/or response:

**continue on back if necessary**

Staff signature:

Date:

29

# EXHIBIT H

hand copy #2 Jayvon BL #354564

# Inmate Request Form

**Connecticut Department of Correction**

CN 9601
REV 1/31/09

| | |
|---|---|
| Inmate name: Jayevon Blaine | Inmate number: 354564 |

| | | |
|---|---|---|
| Facility/Unit: MACDougall CI | Housing unit: P-35 | Date: 8/22/18 |

Submitted to: Health Services Administrator Destefano

Request: Yes I was on the meds Risperdal and have gotting (Female Breast) from it do to taking it in Jail and I been waitting to get the problem handle, Because I didn't come to Jail like this and medical & mental Health is giving me the run around. I heard about people having the surgery done in Jail and I need it. I'm not trya take this to court but will if have to

continue on back if necessary

Previous action taken:

continue on back if necessary

| | |
|---|---|
| Acted on by (print name): | Title: |

Action taken and/or response:

continue on back if necessary

| | |
|---|---|
| Staff signature: | Date: |

# EXHIBIT I

**Osborn Correctional Institution**
MH Clinical Record SOAP

*February 26, 2019*
Page 1

**JAYEVON BLAINE INMATE ID #: 00354564 27 Years Old**
**DOB: 09/11/1991 Race: Black or African American Gender: Male**
**LOC: 115 H 15A Med Score: 3 Sub Score: ..... MH Score: 3 Sub Score:**

**08/28/2018 - MH Clinical Record SOAP: MH Clinical Record (SOAP)**
**Provider: Angela Roberts PMHNP**
**Location of Care: MacDougall Building**

**Encounter Context**
**Facility at time of evaluation:** MacDougall Building
**Age at Time:** 26 Years Old

**Face to Face Contact?:** Yes
**Interview Location:** Room
**Active Medications:** : DIVALPROEX SODIUM 500 MG ORAL TABLET DELAYED RELEASE Take 3 tablets at bedtime, BIOTENE DRY MOUTH MOUTH/THROAT LIQUID Take 15 ML's twice daily, GUANFACINE HCL 1 MG ORAL TABLET Take 1 tablet at bedtime, GUANFACINE HCL 2 MG ORAL TABLET Take 1 tablet at bedtime, FLUOXETINE HCL 20 MG ORAL CAPSULE Take 2 tablets in AM, CLOTRIMAZOLE 1% CRE (28.40) (KOP) apply to affected areas twice daily, SEBEX SHAMPOO SHA (118.00) (KOP) apply to scalp, lather for 3-5 minutes, then rinse 2-3x/week *must request refills*, FLUOXETINE HCL 20 MG ORAL CAPSULE 2 caps qam, DIVALPROEX SODIUM 500 MG ORAL TABLET DELAYED RELEASE 3 tabs qhs, GUANFACINE HCL 2 MG ORAL TABLET 1 tab qhs, GUANFACINE HCL 1 MG ORAL TABLET 1 tab qhs, BIOTENE DRY MOUTH null M/T LIQD RINSE MOUTH WITH 15 MILLILITER(S) THREE TIMES A DAY.
**Active Allergies:** * TRAZADONE.
**Subjective: :** "I need to know what you're going to do about this breast tissue."

**Objective Findings:** I/M endorsed stable mood, good appetite, and restful sleep- denies SI/HI/AH/VH or issues with peers. I/M shared that he was not taking fluoxetine consistently- " I had to adjust to my new cell, I just started taking it today.." I/M also expressed frustration over enlarged breast- "I don't even feel like myself anymore, I gotta take showers in my T-shirt." I/M shared that he has been exercising daily and watching what he eats.

**Suicidal Ideation:** Absent

**Homicidal Ideation:** Absent
**Active Problems:** : Impulse control disorder, unspecified (ICD-312.30) (ICD10-F63.9), DEPRESSIVE DISORDER NOS (ICD-311) (ICD10-F32.9), ADD/ADHD NOS (ICD-314.9) (ICD10-F90.9).
**Assessment Notes:** I/M A&O X4, neatly groomed, good eye contact- reporting stable mood, good appetite, and restful sleep however, continues to express frustration over developing breast tissue and feels it is r/t taking risperdal 2 years ago- requesting corrective surgery.
Reviewed recent labs (7/23/18)- Prolactin and depakote Level =WNL, weight remains at 276 Llbs since last visit. Will continue current medication regimen.
**Recommended MH Classification:** 3
**Medication adherence adressed?:** Yes
Verbal Consent

**Education regarding illness and symptoms provided?:** Yes
1. Cont. Depakote 1500 Mg PO QHS
2. Continue Guanfacine 3Mg PO QHS
3. Continue fluoxetine 40 Mg PO daily
4. RTC: W/in 4 weeks

**Current Medical Problems, Medications & Treatments**

**JAYEVON BLAINE INMATE ID #: 00354564 27 Years Old**
**DOB: 09/11/1991 Race: Black or African American Gender: Male**
**LOC: 115 H 15A Med Score: 3 Sub Score: ..... MH Score: 3 Sub Score:**

**Active Medications:** : DIVALPROEX SODIUM 500 MG ORAL TABLET DELAYED RELEASE Take 3 tablets at bedtime, BIOTENE DRY MOUTH MOUTH/THROAT LIQUID Take 15 ML's twice daily, GUANFACINE HCL 1 MG ORAL TABLET Take 1 tablet at bedtime, GUANFACINE HCL 2 MG ORAL TABLET Take 1 tablet at bedtime, FLUOXETINE HCL 20 MG ORAL CAPSULE Take 2 tablets in AM, CLOTRIMAZOLE 1% CRE (28.40) (KOP) apply to affected areas twice daily, SEBEX SHAMPOO SHA (118.00) (KOP) apply to scalp, lather for 3-5 minutes, then rinse 2-3x/week *must request refills*, FLUOXETINE HCL 20 MG ORAL CAPSULE 2 caps qam, DIVALPROEX SODIUM 500 MG ORAL TABLET DELAYED RELEASE 3 tabs qhs, GUANFACINE HCL 2 MG ORAL TABLET 1 tab qhs, GUANFACINE HCL 1 MG ORAL TABLET 1 tab qhs, BIOTENE DRY MOUTH null M/T LIQD RINSE MOUTH WITH 15 MILLILITER(S) THREE TIMES A DAY.
**Active Problems:** Impulse control disorder, unspecified (ICD-312.30) (ICD10-F63.9), DEPRESSIVE DISORDER NOS (ICD-311) (ICD10-F32.9), ADD/ADHD NOS (ICD-314.9) (ICD10-F90.9).
**Open Orders:** Other [Other], On Site Referral - Optometry [OPTOMETRY], Dental - Preventative [DPREV], TB/TST Annual [TSTANNUAL], Mental Health - Other [MHOTHER], Prescriber - Med Renewal (MH) [PMHREN], Individual Therapy Session [MHIND], Provider Sick Call [MDSICKCALL], Dental - Operative [DOP].

## Mental Status Examination

### Appearance:
**General Appearance:** Groomed
**Hygiene:** Appropriate
**Eye Contact:** Appropriate

### Orientation:
**Person:** Yes
**Place:** Yes
**Time:** Yes
**Situation:** Yes

### Motor Behavior:
**Motor Behavior:** Normal

### Mood:
Euthymic

### Affect
Appropriate

### Speech:
Normal
**Rate:** Normal
**Rhythm:** Normal
**Volume:** Normal
**Adequate English** Yes
**Hearing Impairment:** No
**Speech Impairment:** Normal
**Vision Impairment:** No

### Thought Content:

# EXHIBIT J

**JAYEVON BLAINE INMATE ID #: 00354564 27 Years Old**
**DOB: 09/11/1991 Race: Black or African American Gender: Male**
**LOC: 115 H 15A Med Score: 3 Sub Score: ..... MH Score: 3 Sub Score:**

**09/20/2018 - MH Clinical Record SOAP: MH Clinical Record (SOAP)**
**Provider: Kevin P. Power LCSW**
**Location of Care: Osborn Correctional Institution**

## Encounter Context

**Facility at time of evaluation:** Osborn Correctional Institution
**Age at Time:** 27 Years Old

**Face to Face Contact?:** Yes
**Interview Location:** Room

**Active Medications:** DIVALPROEX SODIUM 500 MG ORAL TABLET DELAYED RELEASE (Take 3 tablets at bedtime) Start: 09/13/2018 End: 12/12/2018
BIOTENE DRY MOUTH MOUTH/THROAT LIQUID (Take 15 ML's twice daily) Start: 09/12/2018 End: 12/12/2018
GUANFACINE HCL 1 MG ORAL TABLET (Take 1 tablet at bedtime) Start: 09/13/2018 End: 12/12/2018
GUANFACINE HCL 2 MG ORAL TABLET (Take 1 tablet at bedtime) Start: 09/13/2018 End: 12/12/2018
FLUOXETINE HCL 20 MG ORAL CAPSULE (Take 2 tablets in AM) Start: 09/13/2018 End: 12/12/2018
CLOTRIMAZOLE 1% CRE (28.40) (KOP) (apply to affected areas twice daily) Start: 08/23/2018 End: 11/23/2018
SEBEX SHAMPOO SHA (118.00) (KOP) (apply to scalp, lather for 3-5 minutes, then rinse 2-3x/week *must request refills*) Start: 08/23/2018 End: 11/23/2018
Active Allergies: * TRAZADONE.

## Subjective: : I'm doing alright

**Objective Findings:** Seen in the office for OCI MHU intake. Presents with normal mental status. No acute distress or SI/HI. Able to sleep/eat.
Reports stopped Risperdal d/t gynocomastica. Doing well on Depakote, Prozac, and Tenex.

Suicidal Ideation: Absent

Homicidal Ideation: Absent

## Assessment

**Active Problems:** : Impulse control disorder, unspecified (ICD-312.30) (ICD10-F63.9), DEPRESSIVE DISORDER NOS (ICD-311) (ICD10-F32.9), ADD/ADHD NOS (ICD-314.9) (ICD10-F90.9).

**Assessment Notes:** Charge : Conspiracy to Robbery
Sentence : 15 yrs. Has done 9 yrs
MH hx : "my whole life"
Inpt : denies
Suicide : couple hang up attempts at beginning of sentence. denies any current SI/HI.
School : 8th : can read and write. left for the street. Many suspensions/expulsions for fighting, truancy
Drugs : weed (12) E pills , alcohol "big drinker"
Trauma /abuse : beatings by step father, has been shot, stabbed in street life
Family : from Bridgeport. Mother, grandmother, brothers, sisters . Never met father.

35

**JAYEVON BLAINE INMATE ID #: 00354564 27 Years Old**
**DOB: 09/11/1991 Race: Black or African American Gender: Male**
**LOC: 115 H 15A Med Score: 3 Sub Score: ..... MH Score: 3 Sub Score:**

## Plan

Oriented to MHU at OCI and stated understanding.
T/W assigned as SWCM.
Med orders to psych RN

**Open Orders:** Other [Other], On Site Referral - Optometry [OPTOMETRY], Dental - Preventative [DPREV], TB/TST Annual [TSTANNUAL], Mental Health - Other [MHOTHER], Provider Sick Call [MDSICKCALL], Dental - Operative [DOP], Prescriber - Med Renewal (MH) [PMHREN].

## Speech:

**Adequate English** Yes
**Hearing Impairment:** No
**Speech Impairment:** Normal
**Vision Impairment:** No

## Suicidality:

Absent

## Homicidal Ideations:

Absent

**Electronically signed by Kevin P. Power LCSW on 09/20/2018 at 8:46 AM**

# EXHIBIT K

**JAYEVON BLAINE INMATE ID #: 00354564 28 Years Old**
**DOB: 09/11/1991 Race: Black or African American Gender: Male**
**LOC: 125 E 519 Med Score: 3 Sub Score: ..... MH Score: 3 Sub Score:**

**06/23/2020 - MD Sick Call: MD Sick Call**
**Provider: Ricardo Ruiz MD**
**Location of Care: State of Connecticut Department of Correction**

**Encounter Context**
**Facility at time of evaluation:** State of Connecticut Department of Correction
**Age at Time:** 28 Years Old

**Problem List**
Hip pain, left (ICD-719.45) (ICD10-M25.552)
Tinea corporis (ICD-110.5) (ICD10-B35.4)
Seborrhea (ICD-706.3) (ICD10-L21.9)
Knee joint pain > 3 months, bilateral (ICD-719.46) (ICD10-M25.569)
Gynecomastia, male (ICD-611.1) (ICD10-N62)
Impulse control disorder, unspecified (ICD-312.30) (ICD10-F63.9)
Mood disorder (ICD-296.90) (ICD10-F39)
ADD/ADHD NOS (ICD-314.9) (ICD10-F90.9)

**Medication List:** TRIAMCINOLONE 0.025% CRE (80.00) (Apply topically sparingly to affected areas daily) Start: 06/19/2020 End: 11/05/2020
BIOTENE DRY MOUTH MOUTH/THROAT LOZENGE (1 lozenge PO BID dissolve in mouth) Start: 06/11/2020 End: 11/20/2020
GUANFACINE 1MG TAB (100.00) (1mg PO QHS) Start: 05/30/2020 End: 11/20/2020
IBUPROFEN 600MG TAB (500.00) (1 tab PO BID PRN discomfort) Start: 06/07/2020 End: 06/07/2021
GUANFACINE HCL 2MG TAB (100.00) (4mg PO QHS) Start: 05/20/2020 End: 11/20/2020
SEBEX SHAMPOO SHA (118.00) (Apply sparingly topically daily) Start: 11/06/2019 End: 11/05/2020
**Allergies List**
* TRAZADONE (Critical)

**Orders List**
TB/TST Annual [TSTANNUAL]
Dental - Preventative [DPREV]
On Site Referral - Optometry [OPTOMETRY]
Dental - Request General [DRG]
Bottom Bunk [BottomBunk]
Prescriber - Med Renewal (MH) [PMHREN]
PROLACTIN [746]
TESTOSTERONE, TOTAL, MALES (ADULT), IA [873]
TESTOSTERONE FREE [18944]
TSH [899]
COMPREHENSIVE METABOLIC PANEL [10231]
FSH [470]
ESTRADIOL [4021]
HCG, TOTAL, QN [8396]

**Chief Complaint:** R/O Gynecomastia

**History of Present Illness: with details regarding duration, frequency, relieving and worsening factors, etc.** 28yom with a mental health history who gives a history of long

**JAYEVON BLAINE INMATE ID #: 00354564 28 Years Old**
**DOB: 09/11/1991 Race: Black or African American Gender: Male**
**LOC: 125 E 519 Med Score: 3 Sub Score: ..... MH Score: 3 Sub Score:**

Risperal use as an adolescent. He reports that he started developing breast tissue resulting Risperdal discontinuation. He has no other complants at this time.

## Review of Systems

GENERAL SYSTEM: Any Sx Related to System
E/N/T: Denies Any Sx Related to System.
CARDIAC: Denies Any Sx Related to System.
PULMONARY: Denies Any Sx Related to System.
GASTROINTESTINAL: Denies Any Sx Related to System.
MUSCULOSKELETAL: Denies Any Sx Related to System.
SKIN: Denies Any Sx Related to System.
NEUROLOGIC: Denies Any Sx Related to System.
ENDOCRINE: Denies Any Sx Related to System.
HEME/LYMPHATIC: Denies Any Sx Related to System.
ALLERGIC/IMMUNOLOGIC: Denies Any Sx Related to System.

## Current Vital Signs

**Previous Height:** 74 (03/08/2020 10:39:42 AM) **Previous Weight:** 224 (03/08/2020 10:39:42 AM)
**Current Weight (lbs):** 220
**BMI:** 28.35

**Sitting BP:** 121 / 82mm Hg
**Temperature:** 97.2degrees
**Temperature site:** Oral
**Pulse rate:** 76
**Pulse rhythm:** Regular
**Respirations:** 16
**Respiration Type:** Unlabored
**Pulse Ox%** 100
**Room Air:** Yes

## Allergies:

* TRAZADONE (Critical)

## Pain Assessment

**Are you currently experiencing any pain?** No

## PHYSICAL EXAMINATION

### *General*

The patient is well nourished, well developed, alert and oriented and in no acute distress.

### *Integumentary*

**Inspection:** Other
- +redundancy of breast tissue. Breasts appear symmetrical, pendulous and without dimpling (peau de orange). +Fibrous tissue is palpable in the superior breast tissue. Ther is no palapbale discrete mass.

**JAYEVON BLAINE INMATE ID #: 00354564 28 Years Old**
**DOB: 09/11/1991 Race: Black or African American Gender: Male**
**LOC: 125 E 519 Med Score: 3 Sub Score: ..... MH Score: 3 Sub Score:**

There is no palpable axillary or supra-clavicualr lymph adenopathy. No nipple discharge on palapation.

**Palpation:** Other - see above

***Musculoskeletal - Extremities***
Full range of motion of all four extremities without obvious weakness.

***ENT***
No obvious abnormalities or discharge.

***External Nose:***
No obvious abnormalities.

***Hearing:***
No obvious abnormalities.

***Nasal:***
Nares open and clear bilaterally and without discharge.

***Chest***

***Inspection:***
**Other:** Right
**Comments:** ~ B-cup size bilaterally

***Palpation:***
No breast masses

***Respiratory***
Unlabored by view. Breath sounds clear to auscultation and percussion; no rales, rhonchi or wheezes.

***Cardiovascular***
Regular rate and rhythm, positive S1/S2; No S3/S4; no murmurs or rubs; No clubbing, cyanosis or edema; no jugular venous distension; peripheral pulses normal.

***Gastrointestinal***
Soft, non-tender. Bowel sounds present. No pulsatile mass or masses. No hepatosplenomegaly.

***Musculoskeletal***
Full range of motion of all four extremities without obvious weakness.

***Neurological***
Grossly intact and non-focal; no tremors, no gait abnormalities, speech fluent.

***Mental Status***
Alert and oriented. No acute distress.

**Practitioner Assessment & Plan**

**JAYEVON BLAINE INMATE ID #: 00354564 28 Years Old**
**DOB: 09/11/1991 Race: Black or African American Gender: Male**
**LOC: 125 E 519 Med Score: 3 Sub Score: ..... MH Score: 3 Sub Score:**

**Assessment Comments:** Gynecomastia- I have ordered labs and will see this gentleman in ~ 1 week for follow-up.
I was able to palpate fibrous / glandular tissue making this gyecomastia. I have a low threshold surgical consultation.

I have made the expectations abundantly clear that patient initiative, self-responsibility, honesty, reliability and compliance are all crucial to ensure effective, safe medical management and positive outcomes.

RTO prn

R.RUIZ, MD

**Interpretation:**
**Does the individual need an interpreter?** No

]

**Electronically signed by Ricardo Ruiz MD on 06/23/2020 at 9:29 AM**

# EXHIBIT L

# Inmate Administrative Remedy Form

Connecticut Department of Correction

CN 9602
REV 9/20/17

| | |
|---|---|
| Facility/Unit: Osborn CI | Date: 12/6/18 |
| Inmate name: Jayevon Blaine | Inmate number: 354564 |

**SECTION 1: SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.**

Follow the instructions and Refer to Section 2 below

*(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

A. ☐ I am filing a Grievance.

- Prior to filing a grievance, you must attempt informal resolution.
- Attach a copy of CN 9601, Inmate Request Form with the staff member's response OR state in Section 4 the reason why the form is not attached.
- Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance.

B. ■ I am requesting a Health Services Review:

| | | |
|---|---|---|
| ☐ All Other Health Care Issues | ■ Diagnosis/Treatment | Complete Section 4 |

C. ☐ I am filing an Appeal of a (select one below): *(Appeals must be filed within 15 days of notification of a decision.)*

| | | | |
|---|---|---|---|
| ☐ Disciplinary Action | | > | Complete Section 3 below |
| ☐ Special Management Decision | ☐ Classification Decision | > | Complete Section 4 |
| ☐ Media Review Committee Decision | ☐ Furlough Decision | > | |
| ☐ Security Risk Group Designation | ☐ ADA Decision | > | |
| ☐ Determination of Grievance Process Abuse | ☐ Rejection of Outside Tapes/CDs | > | |
| | ☐ Rejection of Correspondence | > | |

**SECTION 2: OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE**

- Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side.

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

**SECTION 3: DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY**

- You may file a Disciplinary Appeal ONLY if you have pleaded not guilty and have been found guilty at a disciplinary hearing.
- If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| | | | |
|---|---|---|---|
| Offense: | | Report date: | |
| Facility where hearing was conducted: | | Date of hearing: | |
| Did you have an advisor? ☐ yes ☐ no | | If yes, name of advisor: | |
| Did you identify witness (es) to the investigator? ☐ yes ☐ no | | Did your witness (es) testify? | ☐ yes ☐ no |

Name(s) of any witness(es):

142

| **CONFIDENTIAL** (FOR OFFICIAL USE ONLY) | Inmate name: Jayevon Blaine | |
|---|---|---|
| | Inmate number: 354564 | Housing: H-15 |

**SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION**

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

On 9-18-15 I was proscribed Risperidone by my mental Health Doctor J. Burnes. Aprn while at Garner C.I. Before giving me risperidone I was never advised of the side effects. I was never offered another medication to take instead of the risperidone. Early 2018 I frist noticed that I had side effects from the risperidone (female Breasts). I should have been advised of the side effects.

Inmate signature: [signature] Date: 12/6/18

- For all remedies except health services, deposit this form in the Administrative Remedies box.
- For a health services issue, deposit this form in the Health Services box.

**SECTION 5: DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW**

| Date Received: | IGP #: | T#: |
|---|---|---|
| Disposition: | Date of Disposition: | |
| Reason: | | |

☐ You have exhausted DOC's Administrative Remedies. ☐ This matter may be appealed to:

Signature: Date:

2nd

# EXHIBIT M

# Administrative Remedy Receipt
## Connecticut Department of Correction

CN 9603
REV 1/1/08

| | |
|---|---|
| Facility number: 115 | Receipt number: |
| Inmate name: Blaine Jayeron | Inmate number: 354564 |

The Admin Remedies Coordinator has received your: ☒ Grievance ☐ Appeal ☐ Property Investigation
and the appropriate procedure will commence in accordance with AD 9.6, Inmate Administrative Remedies.

| | |
|---|---|
| Administrative Remedies Coordinator: [signature] | Date: 12-13-18 |

Distribution: original (white) to inmate, copy (yellow) to file

(47)

# EXHIBIT N

# Inmate Request Form

**Connecticut Department of Correction**

RECEIVED JAN 08 2019

CN 9601
REV 1/31/09

| | |
|---|---|
| Inmate name: Jayevon Blaine | Inmate number: 354564 |
| Facility/Unit: osborn CI | Housing unit: H-15 | Date: 12-27-18 |

Submitted to: Administrative Remedy office

Request: yes I have resuised my Grievance Receipt without a Receipt number!

thank you!

**continue on back if necessary**

Previous action taken:

**continue on back if necessary**

Acted on by (print name): AFalk | Title: Lt

Action taken and/or response:

I have not been provided log/receipt numbers to place on your receipt

**continue on back if necessary**

Staff signature: | Date:

# EXHIBIT O

RECEIVED
JAN 08 2019
BY:

# Inmate Request Form

## Connecticut Department of Correction

CN 9601
REV 1/31/09

| | |
|---|---|
| Inmate name: Jayevon Blevine | Inmate number: 353564 |
| Facility/Unit: Osborn C I | Housing unit: H-15 A / Date: 1/1/19 |
| Submitted to: Medical Administrative Remedy | |

Request: yes medical Administrative Remedy I Would like to know when I would here back about my medical Grievance that I file on 12/6/18 and Was recived a Remedy Receipt 12-13-18.

Thank you!

continue on back if necessary

Previous action taken:

continue on back if necessary

| | |
|---|---|
| Acted on by (print name): AFalk | Title: VN |

Action taken and/or response:

I am currently very back logged with remedy's I don't have a time frame to tell you I haven't been assigned to do remedy's in almost 3 weeks

continue on back if necessary

| | |
|---|---|
| Staff signature: [signature] | Date: 1-08-19 |

98

Exhibit (P)

# Appeal of Health Services Review
## Connecticut Department of Correction

CN 8901 REV 4/1/2012

RECEIVED JAN 22 2019 BY:

| | | |
|---|---|---|
| Inmate name: Jayevon Blaine | | Inmate number: 354564 |
| Facility/Unit: Osborn CI | Housing unit: H-15 | Date: 1/21/19 |

**This form may only be used to appeal a Health Services decision pursuant to the provisions of Administrative Directive 8.9, Health Services Review, Section 11, pertaining to a practice, procedure or policy; or, to an allegation of staff misconduct. You must appeal within 10 days of receiving the decision. Attach Form CN 9602, Inmate Administrative Remedy Form, containing the Health Services decision (and any other documents that may be relevant) to this form, and state below why you are appealing that decision. Deposit the completed appeal and attachments in the 'Health Services' box.**

**APPEAL OF HEALTH SERVICES DECISION**

I am appealing the decision because (use the back if necessary): yes I'm Appeal my Health services review because I have not heard back about my Grievance that I file 12-13-18 and here it is 1/21/19 a hole month later. and still had not heard back

Inmate signature: [signature] Date: 1/21/19

**FOR OFFICIAL USE ONLY – DESIGNATED FACILITY HEALTH SERVICES SUPERVISOR**

| | | |
|---|---|---|
| Date received: 1-22-19 | Disposition: Returned | Date of disposition: 2-12-19 |

Reasons: I have no idea what you are grieving here. You must include the previous grievance in order to give reference.

Designated Facility Health Services Supervisors signature: [signature] Date: 2-12-19

☐ This may be appealed within 10 days to the DOC Director of Health Services.

☒ You have exhausted the Department's Administrative Remedies. Further appeals will not be answered.

**APPEAL OF DESIGNATED FACILITY HEALTH SERVICES SUPERVISOR'S DECISION**

I am appealing the decision because (use the back if necessary):

Inmate signature: Date:

***** Deposit your appeal in the Health Services Box *****

**FOR OFFICIAL USE ONLY – DOC DIRECTOR OF HEALTH Services**

| | | |
|---|---|---|
| Date received: | Disposition: | Date of disposition: |

Reasons:

Director of Health and Addiction Services: Date: